### 19255. HEATH *v.* PHILPOT.

LUKE, J. It appearing from the petition as amended that the agreement declared upon was entered into between husband and wife to promote a dissolution of their marriage, the court erred in overruling a demurrer based upon the ground that the agreement was contrary to public policy and void. See *Sumner* v. *Sumner,* 121 *Ga.* 1 (3) (48 S. E. 727) ; *Birch* v. *Anthony,* 109 *Ga.* 349 (34 S. E. 561) ; *Don* v. *Don,* 158 *Ga.* 254 (123 S. E. 268).

*Judgment reversed. Bloodworth, J., concurs. Broyles, C. J., dissents.*

DECIDED JANUARY 15, 1929.

*Lon Lamar Fleming, Pierce Brothers,* for plaintiff in error.